UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 06-185(01) (PJS/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| Rosbel Lopez, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Franklin L. Noel dated September 11, 2006. No objections have been filed to the R&R in the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R (Docket No. 75) is **ADOPTED**; and

2. Defendant's Motion to Suppress Fruits of Search and Seizure (Docket No. 53) is **DENIED**.

Dated: October 16, 2006

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge